IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| DARRELL DELEAN SPRATT, | ) |
| Petitioner, | ) |
| vs | ) CIVIL ACTION NO. 99-J-3457-J |
| E. B. BUD PURSER, Sheriff, | ) |
| Respondent(s). | ) |

**ENTERED** MAR 2 3 2001

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed without prejudice to the petitioner's right to later file another petition after the claims have been completely exhausted in state court. An appropriate order will be entered.

DONE, this ___23___ day of March, 2001.

_____
INGE P. JOHNSON,
UNITED STATES DISTRICT JUDGE

